UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSE ORRACA,

                              Plaintiff,

        vs                                            9:05-CV-1305

C.O.R. PILATICH; C.O. RIOS; C.O. LaFORGE;
C.O.R. KLEISTER; and C.O. VELEZ,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

JOSE ORRACA
Plaintiff, Pro Se93-A-9300
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

HON. ANDREW M. CUOMO                 DOUGLAS J. GOGLIA, ESQ.
Attorney General of the                    Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## O R D E R

      Plaintiff, Jose Orraca, brought this civil rights action pursuant to 42 U.S.C. § 1983.

In a Report Recommendation dated August 28, 2008, the Honorable George H. Lowe,

United States Magistrate Judge, recommended that defendants' motion for partial summary

judgment be granted and that plaintiff's claims against defendants Rios, LaForge, and Valez

be dismissed with prejudice. Objections to the Report Recommendation have been filed by

the plaintiff.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for partial summary judgment is GRANTED;

2. Plaintiff's claims against defendants C.O. Rios, C.O. LaForge, and C.O. Valez are DISMISSED with prejudice; and

3. Remaining for trial are plaintiff's claims against C.O. R. Pilatich and C.O. R. Kleister.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 24, 2008
       Utica, New York.